■ JOSEPHINE DE LISLE, Appellant, v. JOSE RODRIGUEZ et al., Respondents. — On the record here presented the application for a preference under rule 151 of the Rules of Civil Practice should have been granted. The physician's affidavit indicated that this plaintiff, a 23-year-old woman, with a history of tuberculosis and diabetes, who was injured as a passenger in a two-car collision, suffered fractures of the spine and clavicle and as a result of the trauma her diabetes became uncontrollable, with resultant failure of kidney function. He states his unequivocal belief that she will not survive for another two years. Order appealed from unanimously reversed in the exercise of discretion, and motion granted, with costs. Settle order. Concur — Botein, P. J., Valente, McNally, Stevens and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN VALENTINO, Appellant. — Judgment unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ In the Matter of HOWARD JONES, Petitioner, against HENRY L. McCARTHY, as Commissioner of the Department of Welfare of the City of New York, Respondent. — Motion to amend the record made on the argument is granted and the report and recommendation of the hearing officer is made part of the record on appeal. The determination is confirmed insofar as it sustains certain charges. We find the dismissal with consequent loss of pay privileges and pension rights in the circumstances of this case was harsh and unwarranted and, therefore, must be considered an abuse of discretion. (Civ. Prac. Act, § 1296, subd. 5-a; *Matter of Nagin* v. *Zurmuhlen*, 6 A D 2d 677; *Matter of Nimelman* v. *Kross*, 5 A D 2d 984.) The determination is modified on the law and in the exercise of discretion to the extent of annulling the dismissal of the petitioner and the proceeding is remitted to the commissioner for the imposition of disciplinary measures consistent herewith. (Civil Service Law, § 22, subd. 2.) Concur — Breitel, J. P., Rabin, M. M. Frank, and McNally, JJ.

■ JOHN E. MULHERN, Respondent, v. HELEN J. MULHERN, Appellant. — Judgment unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ ROBERT THOM, Respondent-Appellant, v. MEYER LEVIN, Appellant, and MICHAEL MYERBERG et al., Respondents. — Order so far as appealed from affirmed, with $20 costs and disbursements to the defendants-respondents against the plaintiff-respondent-appellant and to the plaintiff-respondent-appellant against the defendant-appellant. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ. [10 Misc 2d 830.]

■ DAVID M. SCHWARZ, Respondent, v. WILLARD J. LEWIN Co., INC., Appellant. — Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.